## NEW YORK LIFE INSURANCE COMPANY *v.* THOMPSON.

RUSSELL, C. J. Upon mature consideration of the record after grant of the writ of certiorari, it is considered, ordered, and adjudged that the judgment of the Court of Appeals be and it is hereby affirmed.

*Judgment affirmed. All the Justices concur, except Hill, J., absent because of illness.*

No. 9360.    DECEMBER 13, 1933.

*Lawton & Cunningham* and *Bryan, Middlebrooks & Carter,* for plaintiff in error.

*B. D. Dubberly* and *J. T. Grice,* contra.    *T. J. Lewis* and *John T. Dennis,* for persons at interest, not parties.